IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:18CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK M. ACKERMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer,

IT IS ORDERED that the following deadline is **reset** in this case:

3. **July 26, 2018**: Initial presentence report to counsel by the probation office. Defense counsel will insure that (a) the defendant has had an opportunity to read the initial PSR, or, if the defendant is not fluent in English, that an interpreter has read it to the defendant, and (b) the defendant has had an opportunity to voice any objections to defense counsel, before defense counsel submits objections to the initial PSR;

The other deadlines in the Order on Sentencing Schedule remain unchanged (filing no. 23).

DATED this 25th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge