IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:18CR3006 |
| v. | ) | |
| MARK M. ACKERMAN, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

The Clerk seeks advice whether $73,355.99 should be credited against the restitution amount ordered in the sum of $1,991,517.06 because the restitution amount in the presentence report was $2,064,873.05. That question was addressed at sentencing and counsel and I agreed that $1,991,517.06 was the proper amount to set as restitution because the government then either had or soon would have control of $73,355.99. So, no credit should be given for that sum on the restitution amount of $1,991,517.06 , but the Clerk shall, if it has not already done so, receive the $73,355.99 and distribute it to the victim.

IT IS SO ORDERED:

DATED this 7th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge