IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MARK M. ACKERMAN,<br><br>               Defendant. | 4:18CR3006<br><br>**ORDER TO TRANSFER SEIZED FUNDS FOR APPLICATION TO RESTITUTION ORDER** |

This matter is before the Court on the plaintiff's Motion to Transfer Seized Funds for Application to Restitution Order (Filing No. 51). The Court has reviewed the plaintiff's motion and the record, and will grant the motion.

IT IS ORDERED:

1. The plaintiff's Motion to Transfer Seized Funds for Application to Restitution Order (Filing No. 51) is granted.

2. The United States Marshals Service shall tender to the Clerk of the Court the following sum of money: $73,355.99, the proceeds from the sale of personal property in Mr. and Mrs. Ackerman's residence.

3. The Clerk of the Court shall distribute the funds pursuant to the Court's Judgment in a Criminal Case (Filing No. 45).

4. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

DATED this 10th day of September, 2018.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge