IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK M. ACKERMAN, | ) | SEALED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Plaintiff's Ex-Parte Application for Writ of Garnishment (filing no. 66) is granted.

DATED this 3rd day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge