IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:18CR3006 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK M. ACKERMAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Given the suggestion in bankruptcy filed in this criminal case (filing no. 78),

IT IS ORDERED that counsel for the government and counsel for the defendant shall submit simultaneous briefs no later than November 26, 2018, regarding whether I may issue a final order of forfeiture despite the suggestion in bankruptcy.

DATED this 14th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge