IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18CR3006 |
| vs. | **FINAL ORDER OF FORFEITURE** |
| MARK M. ACKERMAN, | |
| Defendant. | |

This matter comes before the Court upon the United States's Motion for Final Order of Forfeiture. (Filing No. 79). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On July 24, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 30) pursuant to the provisions of 18 U.S.C. §§ 982 and 1343 based upon the defendant's pleas of guilty to Counts I through XV and the Forfeiture Allegation of the Indictment filed herein. Pursuant to the Preliminary Order of Forfeiture, defendant's interests in the following properties ("the Properties") were forfeited to the United States:

   a. 2016 Nissan Titan, VIN No. 1N6BA1F48GN513299;
   b. 2015 Triumph Tiger Motorcycle with Sidecar, VIN No. SMTF03XK0FJ676908;
   c. 2017 Rockwood tan Tent Trailer, VIN No. 4X4CPRW14HD299875;
   d. 2013 Polaris Brutus HD PTO;
   e. 2018 Jayco Jay Flight, Model 33RBTS, VIN No. 1UJBJOBT7J1T90071;
   f. 2016 John Deere Tractor, Model 3046;
   g. 2017 Buick Lacrosse, VIN No. 1G4ZS5SS1HU145903;
   h. 2016 Ranger Boat, VIN No. RGR03171L516;

i. 2017 Ducati Multistrada Motorcycle, VIN No. ZDM12BWW1HB018551;

j. real property located at 6701 West Leealan Lane, Crete, Nebraska, 6833 in Lancaster County, Nebraska, more particularly described as Lot 1, Block 4, Wendelin Estates First Addition, Lancaster County, Nebraska; and,

k. 2016 Utility Black Ranger Trailer, VIN 567RSBL10GF151062.

2. The United States did not locate any liens for any of the above properties.

3. The United States posted a Notice of Criminal Forfeiture on an official internet government forfeiture site, [www.forfeiture.gov](www.forfeiture.gov), for at least thirty consecutive days, beginning on July 31, 2018 and September 7, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. On October 4, 2018, and November 6, 2018, the United States filed Declarations of Publication. (Filing Nos. 70 and 77).

5. All parties who may have an interest in the properties, including defendant Mark Ackerman, and his wife, Katherine Ackerman, were served with notice *via* personal service. (Filing Nos. 54, 55, 56, 57, 58, 59, 60, 61, 62).

6. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

7. Accordingly, plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the Properties listed above held by any person or entity are hereby forever barred and foreclosed.

C. The Properties are hereby forfeited to the United States of America.

D. The United States Marshal shall continue to hold and maintain the properties until the Court orders the sale and disposition of the Properties.

DATED this 27th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge