# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:18CR3006 |
| v. | ) | |
| MARK M. ACKERMAN, | ) | ORDER |
| Defendant. | ) | |

Treated as a motion, and based upon the representations of counsel,

IT IS ORDERED that:

(1) The U.S. Bank National Association's Verified Stipulated Claim Against Property Subject to Forfeiture (filing no. 105) is granted.

(2) Counsel for the moving party shall provide the Clerk of Court and the United States Marshals Service with a mailing address for the U.S. Bank National Association where payments may be distributed.

DATED this 5th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge