# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. MARK M. ACKERMAN, Defendant. | 4:18CR3006 <br><br> **AMENDED FINAL ORDER OF FORFEITURE** |

This matter is before the Court upon the United States's Amended Motion for Final Order of Forfeiture. (Filing No. 109). The Court has reviewed the record in this case and finds as follows:

1. On July 24, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 30) pursuant to the provisions of 18 U.S.C. §§ 982 and 1343 based upon the defendant's pleas of guilty to Counts I through XV and the Forfeiture Allegation of the Indictment forfeiting defendant's interests in the following properties ("the Properties"):

   a. 2016 Nissan Titan, VIN No. 1N6BA1F48GN513299;
   b. 2015 Triumph Tiger Motorcycle with Sidecar, VIN No. SMTF03XK0FJ676908;
   c. 2017 Rockwood tan Tent Trailer, VIN No. 4X4CPRW14HD299875;
   d. 2013 Polaris Brutus HD PTO;
   e. 2018 Jayco Jay Flight, Model 33RBTS, VIN No. 1UJBJOBT7J1T90071;
   f. 2016 John Deere Tractor, Model 3046;
   g. 2017 Buick Lacrosse, VIN No. 1G4ZS5SS1HU145903;
   h. 2016 Ranger Boat, VIN No. RGR03171L516;
   i. 2017 Ducati Multistrada Motorcycle, VIN No. ZDM12BWW1HB018551;
   j. real property located at 6701 West Leealan Lane, Crete, Nebraska, 6833 in Lancaster County, Nebraska, more particularly described as Lot 1, Block 4, Wendelin Estates First Addition, Lancaster County, Nebraska; and,
   k. 2016 Utility Black Ranger Trailer, VIN 567RSBL10GF151062.

2. On November 27, 2018, this Court entered a Final Order of Forfeiture (Filing No. 85) (FOF), regarding the Properties as described by the United States.

3. The United States has advised the Court that the description of the John Deere tractor, Model 3046, listed and identified in subparagraph (f) above, contained a typographical error. Instead of model year 2016, the model year of the tractor is 2015. Thus, the property forfeited is a 2015 John Deere tractor, Model 3046.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Motion for an Amended Final Order of Forfeiture is hereby granted.

B. The following Properties are hereby forfeited to the United States of America:

   a. 2016 Nissan Titan, VIN No. 1N6BA1F48GN513299;
   b. 2015 Triumph Tiger Motorcycle with Sidecar, VIN No. SMTF03XK0FJ676908;
   c. 2017 Rockwood tan Tent Trailer, VIN No. 4X4CPRW14HD299875;
   d. 2013 Polaris Brutus HD PTO;
   e. 2018 Jayco Jay Flight, Model 33RBTS, VIN No. 1UJBJOBT7J1T90071;
   f. 2015 John Deere tractor, Model 3046;
   g. 2017 Buick Lacrosse, VIN No. 1G4ZS5SS1HU145903;
   h. 2016 Ranger Boat, VIN No. RGR03171L516;
   i. 2017 Ducati Multistrada Motorcycle, VIN No. ZDM12BWW1HB018551;
   j. real property located at 6701 West Leealan Lane, Crete, Nebraska, 6833 in Lancaster County, Nebraska, more particularly described as Lot 1, Block 4, Wendelin Estates First Addition, Lancaster County, Nebraska; and,
   k. 2016 Utility Black Ranger Trailer, VIN 567RSBL10GF151062.

C. All right, title and interest in and to the Properties held by any person or entity are hereby forever barred and foreclosed.

D.  The United States Marshal shall sell or liquidate the Properties in accordance with the law.

DATED this 23rd day of April, 2019.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge