IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:18CR3006 |
| v. | ) | |
| MARK M. ACKERMAN, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's letter (filing no. 111), treated as a motion for reduced sentence, is denied.

DATED this 3rd day of December, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge